IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ricky Lester Daniels, Jr., | C/A No. 4:25-cv-11454-SAL-TER |
| Plaintiff, | |
| v. | **ORDER** |
| Bucees, LLC; C.T. Corporation System, | |
| Defendants. | |

Plaintiff Ricky Lester Daniels, Jr. ("Plaintiff") filed this case against the named defendants. This matter is before the court on the Report and Recommendation (the "Report") issued by United States Magistrate Judge Thomas E. Rogers, III, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), recommending that Defendant C.T. Corporation System be summarily dismissed from this action since Plaintiff fails to state a claim upon which relief may be granted as to that defendant. [ECF No. 19.] Attached to the Report was a notice advising Plaintiff of his right to file objections and the consequences if he failed to do so, but no objections have been filed, and the time to file objections has expired.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to

accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After reviewing the Report, the applicable law, and the record of this case in accordance with the above standards, the court finds no clear error, adopts the Report, ECF No. 19, and incorporates it by reference herein. The court hereby **DISMISSES** Defendant C.T. Corporation System without prejudice.

    **IT IS SO ORDERED.**

November 21, 2025  
Columbia, South Carolina

Sherri A. Lydon  
United States District Judge